No. 89–5654. REDMOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6618. BARNETT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 89–6959. SHAFFER v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–7047. BUCKLEY v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89–7081. WALLACE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7100. GIFFORD v. UNITED STATES; and
No. 89–7294. KELLY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: No. 89–7100, 892 F. 2d 263; No. 89–7294, 892 F. 2d 255.

No. 89–7153. WATSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–7166. PARIS v. YOUNG. Cir. Ct. Md., Baltimore City. Certiorari denied.

No. 89–7238. AMIRI v. JOHNSON, JUDGE, UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 89–7255. SANTIAGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7274. LEE v. MCCAUGHTRY, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION. C. A. 7th Cir. Certiorari denied.

No. 89–7337. GALLION v. ZINN ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–7338. BELLE v. FREEMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–7339. WILLIS v. FIRST BANK NATIONAL ASSN. Ct. App. Ohio, Cuyahoga County. Certiorari denied.